McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2436 PAN (JFM) PS<br><br>**APPLICATION AND ORDER** |
| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND, SECRETARY, U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2440 PAN (JFM) PS<br><br>**APPLICATION AND ORDER** |

    Defendant, the Secretary of the Navy, applies under Local Rule 6-144(c) for an initial 30-day extension, from May 15 until June 14, 2006, of his time as provided by Fed. R. Civ. P. 36(a) for response to plaintiff's sixteen sets, embracing approximately 130 pages, of requests for admissions served April 13, 2006. The reasons for this application are shown in the accompanying counsel declaration.

1

## DECLARATION

YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

1. I am an Assistant United States Attorney assigned the captioned case.

2. On April 13, 2006, I received from plaintiff a package covered by a paper entitled "Rule 36: Request for Admissions," asking for more than 70 admissions.

3. The package contained a disk. Printed from the disk are fifteen more sets of admission requests. An example, Set 3, contains 228 admission requests in 13 pages. The fifteen sets from the disk total 129 pages.

4. I estimate that the work of researching plaintiff's thousands of propositions for admission, partial admission or denial will take another 30 days. I believe that 30 more days is both necessary and sufficient to finish the task.

4. On May 12, 2006, I paged plaintiff but did not receive a response. I called plaintiff's mother in Vallejo and asked her to relay my request for this 30-day extension. At this writing I have not heard back from plaintiff.

5. There has been no previous extension of this time.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2006.

/s/ Y H T Himel
YOSHINORI H. T. HIMEL

## ORDER

It is APPROVED and SO ORDERED. Response to plaintiff's requests for admissions served April 12, 2006, shall be due June 14, 2006.

DATED: May 30, 2006.

UNITED STATES MAGISTRATE JUDGE

006:harr2436.ord