1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendant

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  BILLIE HARRIS,                        CIV-S-02-2436 PAN (JFM) PS

12          Plaintiff,                    **DEFENDANT'S CONSENSUAL
                                          EX PARTE APPLICATION FOR
13      v.                                14-DAY THIRD EXTENSION OF
                                          TIME TO RESPOND TO
14  GORDON R. ENGLAND, SECRETARY,         PLAINTIFF'S REQUESTS FOR
    U.S. DEPARTMENT OF THE NAVY,          ADMISSIONS SERVED APRIL
15                                        12, 2006; PROPOSED ORDER**
            Defendant.
16

17  BILLIE HARRIS,                        CIV-S-02-2440 PAN (JFM) PS

18          Plaintiff,

19      v.

20  GORDON R. ENGLAND, SECRETARY,
    U.S. DEPARTMENT OF THE NAVY,
21
            Defendant.
22

23          Defendant, the Secretary of the Navy, applies under Local Rule 6-144 for a 14-day

24  third extension, from July 5 until July 19, 2006, of his time as provided by Fed. R. Civ. P.

25  36(a), as previously extended for a total of 51 days, for response to plaintiff's sixteen sets,

26  embracing approximately 130 pages, of requests for admissions served April 12, 2006.  The

27  reasons for this application are shown in the accompanying counsel declaration.  A suggested

28  form of Order is submitted herewith in the event this application is granted.

                                          1

Dated:  July 3, 2006                      McGREGOR W. SCOTT
                                          United States Attorney

                              By:    /s/ Y H T Himel
                                     YOSHINORI H. T. HIMEL
                                     Assistant U.S. Attorney

<u>DECLARATION</u>

YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

1.  I am an Assistant United States Attorney assigned the captioned case.

2.  On April 13, 2006, I received from plaintiff a package covered by a paper entitled "Rule 36:  Request for Admissions," asking for more than 70 admissions.

3.  The package contained a disk.  Printed from the disk are fifteen more sets of admission requests.  An example, Set 3, contains 228 admission requests in 13 pages.  The fifteen sets from the disk total 129 pages.

4.  There have been two previous extensions of this time:  the first extension from May 15 until June 14, 2006, by Application and Order filed May 31, 2006, and the second from June 14 to July 5, 2006, by Application and Order filed June 15, 2006, for a total of 51 days.

4.  On May 12, 2006, I estimated that the work of researching plaintiff's thousands of propositions for the purpose of admission, partial admission or denial would take 30 days more than the time allowed by Fed. R. Civ. P 36.  I was wrong.  On June 13, 2006, I estimated that the work would take another 21 days.  I was wrong again.  The task of responding to the thousands of requests has been too immense to be completed even within the twice-extended time.  My month of June has been taken up with a series of major and inalterable due dates, plus an unexpected emergency that caused me to work all night the night of June 13.  Although Theresa Watson, a personnel specialist at Puget Sound Naval Shipyard, Bremerton, Washington, has been researching and answering the discovery virtually full-time, her efforts to answer a number of questions have required information from sources outside the PSNS organization, and legal advice.  Because of my unavailability and the existence of such outside and legal questions, the Navy attorney, Steve Seaton, has been needed; but for significant periods he has been in non-reschedulable depositions, in surgery and recovering

2

from surgery.  For many weeks my secretary, Pamela Beauvais, has inventoried the answers from Ms. Watson, entered them into the 16 documents, and conveyed Ms. Watson's outside and legal questions to Mr. Seaton or me if and as available.  In the past week I have been able to give more time to the project.

5.  The working relationship with plaintiff continues to be courteous and cooperative, with each side accommodating the other side's needs for extended time.

6.  On June 30, 2006, I spoke with plaintiff.  Plaintiff consented to this further two-week extension through July 19, 2006.  Because of mailing delays there is insufficient time to submit a stipulation before the due date, so we are using this consensual ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 3, 2006.

/s/ Y H T Himel
YOSHINORI H. T. HIMEL

### ORDER

It is APPROVED and SO ORDERED.  Response to plaintiff's requests for admissions served April 12, 2006, shall be due by July 19, 2006.

DATED: July 19, 2006.

UNITED STATES MAGISTRATE JUDGE

harris.eot

3