1  McGREGOR W. SCOTT
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendant

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  BILLIE HARRIS,                          CIV-S-02-2436 PAN (JFM) PS

12        Plaintiff,                        **DEFENDANT'S CONSENSUAL EX PARTE APPLICATION FOR 14-DAY FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS SERVED APRIL 12, 2006; PROPOSED ORDER**

13     v.

14  GORDON R. ENGLAND, SECRETARY,
    U.S. DEPARTMENT OF THE NAVY,
15
          Defendant.
16

17  BILLIE HARRIS,                          CIV-S-02-2440 PAN (JFM) PS

18        Plaintiff,

19     v.

20  GORDON R. ENGLAND, SECRETARY,
    U.S. DEPARTMENT OF THE NAVY,
21
          Defendant.
22

23       Defendant, the Secretary of the Navy, applies under Local Rule 6-144 for a 14-day

24  fourth extension, from July 19 until August 2, 2006, of his time as provided by Fed. R. Civ. P.

25  36(a), as previously extended for a total of 65 days, for response to plaintiff's 1,183 requests

26  for admissions served April 12, 2006. The reasons for this application are shown in the

27  accompanying counsel declaration. A suggested form of Order is submitted herewith in the

28  event this application is granted.

Dated:  July 19, 2006                    McGREGOR W. SCOTT
                                         United States Attorney

                                    By:  /s/ Y H T Himel
                                         YOSHINORI H. T. HIMEL
                                         Assistant U.S. Attorney

## DECLARATION

YOSHINORI H. T. HIMEL, pursuant to 28 U.S.C. 1746(2), declares as follows:

1. I am an Assistant United States Attorney assigned the captioned case.

2. This ex parte application concerns plaintiff's 16 sets of requests for admissions, embracing, by my count, 1,183 requests occupying 178 pages, served April 12, 2006.

3. There have been three previous extensions of this time:  the first extension from May 15 until June 14, 2006, by Application and Order filed May 31, 2006; the second from June 14 to July 5, 2006, by Application and Order filed June 15, 2006; and the third from July 5 to July 19, 2006, by pending Application filed July 3, 2006, for a total of 65 days.

4. The work of researching plaintiff's 1,183 propositions for the purpose of admission, partial admission or denial is nearly finished.  However, there is no certainty that it can be finished by the due date.  Although Theresa Watson, a personnel specialist at Puget Sound Naval Shipyard, Bremerton, Washington, has been researching and answering the discovery virtually full-time, her efforts to answer a number of questions have required information from sources outside the PSNS organization, and legal advice.  The Navy attorney, Steve Seaton, has been needed; but he has become available only recently because of non-reschedulable depositions and surgery.

5. The working relationship with plaintiff continues to be courteous and cooperative, with each side accommodating the other side's needs for extended time.

6. On July 18, 2006, I spoke with plaintiff.  Plaintiff consented to this further two-week extension through August 2, 2006.  Because of mailing delays there is insufficient time to submit a stipulation before the due date, so we are using this consensual ex parte application.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on
2 July 19, 2006.

3                                          /s/ Y H T Himel
                                           YOSHINORI H. T. HIMEL

6                                     ORDER

7    It is APPROVED and SO ORDERED.  Response to plaintiff's requests for admissions
8 served April 12, 2006, shall be due by August 2, 2006.

9 DATED: July 19, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

14 /harris.eot2