```
BILLIE HARRIS
15565 Hoover Rd.
Fallon, NV 89406
Telephone:  (775) 217-9620

Plaintiff Pro Se

McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLIE HARRIS,<br><br>     Plaintiff,<br><br>     v.<br><br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>     Defendant(s). | CIV-S-02-2436 KJM PS<br><br>**PLAINTIFF'S CONSENSUAL REQUEST FOR SERVICE BY MAIL TO TWO ADDRESSES**<br><br>Date:   October 25, 2006<br>Time:   10:00 a.m.<br>Judge:  Hon. Kimberly J. Mueller |
| BILLIE HARRIS,<br><br>     Plaintiff,<br><br>     v.<br><br>GORDON R. ENGLAND, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>     Defendant(s). | CIV-S-02-2440 KJM PS |

   Plaintiff, with defendant's consent, hereby requests that the Court mail all its orders and other Court-generated papers to two addresses – her residence of record in Fallon, Nevada, and her mother's residence in Martinez, California – as follows:

1. Billie Harris
   15565 Hoover Rd.
   Fallon, NV 89406

2. Billie Harris
   c/o Margie Grimes
   4795 Pacheco Blvd.
   Martinez, CA 94553

The reason is that plaintiff may be at either address for extended and unpredictable periods.

Dated:  October 25, 2006        /s/ Billie Harris
                                BILLIE HARRIS

Dated:  October 25, 2006        McGREGOR W. SCOTT
                                United States Attorney

                        By:     /s/ Y H T Himel
                                YOSHINORI H. T. HIMEL
                                Assistant U. S. Attorney

## ORDER

Good cause appearing, it is APPROVED and SO ORDERED.  The Clerk shall cause all of the Court's filings to be mailed to both of the above addresses.

DATED:  October 25 , 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2