McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HANSFORD T. JOHNSON, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2436 KJM PS<br><br>**STIPULATION AND ORDER FOR INITIAL 3-WEEK EXTENSION OF DEFENDANT'S TIME TO FILE OPPOSITION AND CROSS-MOTION** |
|---|---|
| BILLIE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>HANSFORD T. JOHNSON, SECRETARY,<br>U.S. DEPARTMENT OF THE NAVY,<br><br>    Defendant. | CIV-S-02-2440 KJM PS |

The parties stipulate, subject to the approval of the Magistrate Judge as provided for hereon, that the time to file defendant's opposition and cross-motion, set by Scheduling Order filed October 26, 2006, paragraph 3, be EXTENDED by three weeks, from February 21, 2007, until March 14, 2007. This does not change the remainder of the briefing schedule or the hearing. No previous extension of this time has been sought or granted.

1

Dated: February 20, 2007            /s/ Billie Harris
                                    BILLIE HARRIS
                                    Plaintiff Pro Se


Dated: February 20, 2007            McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ Y H T Himel
                                    YOSHINORI H. T. HIMEL
                                    Assistant U. S. Attorney
                                    Attorneys for Defendant


## ORDER

It is APPROVED and SO ORDERED.

DATED: February 20, 2007.

_____
U.S. MAGISTRATE JUDGE